■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH L. EDWARDS, JR., Also Known as KENNETH L. EDWARDS, Respondent. [887 NYS2d 924]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered December 23, 2008. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Peradotto, Green and Pine, JJ.